UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PAUL ANGELES<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACCOUNTS RECEIVABLES<br>MANAGEMENT, INC.;<br>COMMERCIAL RECOVERY<br>SYSTEMS, INC.; CONSTAR<br>FINANCIAL SERVICES, LLC; and<br>SANTANDER CONSUMER USA, INC.<br><br>　　　　Defendants. | ) CIVIL ACTION NO.<br>) 3:12-cv-00329-GCM<br>)<br>)<br>) **ORDER OF DISMISSAL**<br>) **PURSUANT TO SETTLEMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Pursuant to settlement and to the parties Stipulation for Dismissal, the case is dismissed *with* prejudice and without fees or costs to either party.

　　　　SO ORDERED.

Dated 13 November, 2012.

　　　　　　　　　　　　　　　　　Graham C. Mullen
　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE