UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PAUL ANGELES<br><br>        Plaintiff,<br><br>vs.<br><br>ACCOUNTS RECEIVABLES MANAGEMENT, INC.; COMMERCIAL RECOVERY SYSTEMS, INC.; CONSTAR FINANCIAL SERVICES, LLC; and SANTANDER CONSUMER USA, INC.<br><br>        Defendants. | CIVIL ACTION NO.<br>3:12-cv-00329-GCM<br><br>**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT** |

Pursuant to settlement and to the parties Stipulation for Dismissal, the case is dismissed *with* prejudice and without fees or costs to either party.

SO ORDERED.

Dated 13 November, 2012.

_____
UNITED STATES DISTRICT JUDGE