# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Paul Angeles ,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-00329-GCM

Accounts Receivable Management, Inc. Et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/13/2012 Order.

Signed: November 13, 2012

Frank G. Johns, Clerk
United States District Court